**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EARLEAN HARRIS and BONNIE
LITTLETON, Individually and on Behalf
of DAISIE LEE CONWELL, Deceased,**                        **PLAINTIFFS,**

**VS.**                                            **CIVIL ACTION NO. 2:07CV180-P-A**

**MERCK & COMPANY, INC.; EMILY
ALLYSON DUCKWORTH; CORY
SCOTT PETERSON; MARY RIZZO;
KERRY E. SLAY; and JOHN DOES 1-10,**                        **DEFENDANTS.**

**ORDER OF REMAND**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [8] is **GRANTED**; therefore,

(2) This case is **REMANDED** to the Second Judicial District of Bolivar County, Mississippi from whence it came; and

(3) This case is **CLOSED**.

**SO ORDERED** the 22nd day of October, A.D., 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE